**Order entered February 13, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01128-CR

### JUSTIN HILLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F05-72778-J**

## ORDER

Based on the Court's opinion on this date, we **DIRECT** the Clerk to issue the mandate in this appeal **INSTANTER**.

/s/     CRAIG STODDART
JUSTICE